**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 1, 2013

By ECF and E-Mail
The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Funmi A. Ade v. United States of America*, 13 Civ. 2334 (WHP)

Dear Judge Pauley:

    This Office submits this letter to respectfully request that the conference which is currently scheduled for October 4, 2013 be adjourned until such time as the undersigned counsel returns from furlough.

    As a result of the lapse in the Department of Justice's funding which became effective on October 1, 2013, the undersigned has been placed on furlough effective as of the date of this letter. This Office therefore respectfully requests that the October 4, 2013 hearing be adjourned indefinitely until such time as the undersigned counsel returns to government service. The undersigned anticipates returning to work as soon as any lapse in appropriations ends, and thereafter will be available to attend a hearing at a date convenient to the Court.

    In addition to mailing Plaintiff a copy of this letter, the undersigned has also left a voicemail for Plaintiff at the number listed on the complaint, (646) 730-3387, in order to notify her that the Government will be requesting an adjournment. The Government also attempted to contact Plaintiff at the second number listed on the complaint, (718) 665-6555, but that number appears to have been disconnected.

Thank you for your consideration of this request.

        Respectfully,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York
        *Attorney for United States of America*

By: /s/ *Jessica Jean Hu*
        JESSICA JEAN HU
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY  10007
        Telephone:  212-637-2726
        Facsimile:  212-637-2717
        E-mail:  jessica.hu@usdoj.gov

CC: Funmi A. Ade (by mail – no e-mail or fax number available):
    550 East 147 Street, Apt. 2K,
    Bronx, New York 10455